FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONNY SAVIER VASQUEZ-RODRIGUEZ,<br>      *Petitioner*,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br>      *Respondent*. | No. 19-71445<br><br>Agency No.<br>A098-489-762<br><br>ORDER |

Filed February 10, 2022

Before: Eric D. Miller and Danielle J. Forrest, Circuit Judges, and Douglas L. Rayes,* District Judge.

Order

---

* The Honorable Douglas L. Rayes, United States District Judge for the District of Arizona, sitting by designation.

## ORDER

Respondent's motion to amend (Dkt. No. 36) is **DENIED**.

A judge of the court sua sponte requested a vote on whether to rehear this case en banc. A vote was taken, and the matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. *See* Fed. R. App. P. 35(f). Rehearing en banc is **DENIED**.